**Order entered May 19, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00146-CV

**SUZANNE HITSELBERGER, Appellant**

**V.**

**LOUIS BAKOS, Appellee**

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-18280**

## ORDER

The reporter's record was filed on May 3, 2021. On May 5, 2021, counsel for appellant filed a letter informing the court reporter that the reporter's record is incomplete. On the Court's own motion, we **ORDER** Glenda Finkley, Official Court Reporter for the 256th Judicial District Court, to file, by **June 2, 2021**, the following: (1) a supplemental reporter's record containing Petitioner's and Respondent's Exhibits admitted during the trial conducted on August 26, 2020 and

(2) the reporter's record of the motion for new trial hearing conducted on February 8, 2021.

Appellant's brief will be due thirty days after the above-listed additional reporter's records are filed.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Finkley and all parties.

/s/    BONNIE LEE GOLDSTEIN
         JUSTICE